UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-23379-CIV-GOLD/MCALILEY

FREDERICK JACKSON,

    Plaintiff,

v.

WEISER SECURITY SERVICES, INC.,

    Defendant.
_____/

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

THIS CAUSE comes before the Court following the telephonic status conference on June 2, 2008. At this status conference, the parties represented that they were engaging in settlement discussions, and they requested that I set another telephonic status conference in approximately 30 days. As discussed, the parties shall file a notice if they settle this case at any point before the telephonic status conference. Accordingly, it is hereby

ORDERED AND ADJUDGED that a telephonic status conference is set before the undersigned at the Wilkie D. Ferguson, Jr. United States Courthouse, Courtroom 11-1, 400 N. Miami Ave., Miami, FL 33128 on Tuesday, July 1, 2008 at 8:45am.

DONE AND ORDERED in Chambers in Miami, Florida this 3 day of June, 2008.

                                                      THE HONORABLE ALAN S. GOLD
                                                      UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record